UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of July, two thousand and fifteen,

Trustees of the Teamsters Local 456 Pension, Health &Welfare, Annuity, Education &Training, S.U.B., Industry Advancement and Legal Services Funds, The Westchester Teamsters Local Union No. 456,

    Plaintiffs - Appellants,

v.

Transit Construction Corporation,

    Defendant - Appellee.

**ORDER**
Docket No. 15-1563

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/20/2015